FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00148-CV

Elvira **JONES**,
Appellant

v.

Jason Frank **JONES**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-05-0410-CVA
Honorable Russell Wilson, Judge Presiding

## O R D E R

The court reporter responsible for filing the reporter's record in this appeal has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We therefore ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court